| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **To:** | NYSD CourtMail |
| **Subject:** | Activity in Case 1:25-cv-00399-JAV Graham v. UMG Recordings, Inc. Appeal Record Sent to USCA - Electronic File |
| **Date:** | Wednesday, October 29, 2025 10:45:19 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 10/29/2025 at 10:44 AM EDT and filed on 10/29/2025

| | |
|---|---|
| **Case Name:** | Graham v. UMG Recordings, Inc. |
| **Case Number:** | 1:25-cv-00399-JAV |
| **Filer:** | |

**WARNING: CASE CLOSED on 10/09/2025**

**Document Number:** No document attached

**Docket Text:**
**Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for [97] Notice of Appeal, filed by Aubrey Drake Graham were transmitted to the U.S. Court of Appeals. (tp)**

**1:25-cv-00399-JAV Notice has been electronically mailed to:**

Nicholas Primer Crowell     ncrowell@sidley.com, nicholas-crowell-8743@ecf.pacerpro.com, nyefiling@sidley.com

Rollin A. Ransom     rransom@sidley.com, laefilingnotice@sidley.com, nyefiling@sidley.com, rallemand@sidley.com, rollin-ransom-2336@ecf.pacerpro.com

Brady M. Sullivan     bsullivan@willkie.com, maosdny@willkie.com

Marie Anne Houghton-Larsen     mhoughton-larsen@willkie.com

Michael Gottlieb     mgottlieb@willkie.com, maodc1@willkie.com

Meryl Conant Governski (Terminated)     MGovernski@dirllp.com

Jack Lerner     jlerner@law.uci.edu

Anna Mary Gotfryd     agotfryd@willkie.com

**1:25-cv-00399-JAV Notice has been delivered by other means to:**

CLOSED,APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:25–cv–00399–JAV

| | |
|---|---|
| Graham v. UMG Recordings, Inc.<br>Assigned to: Judge Jeannette A. Vargas<br>Demand: $75,000<br>Cause: 28:1332 Diversity Action | Date Filed: 01/15/2025<br>Date Terminated: 10/09/2025<br>Jury Demand: Plaintiff<br>Nature of Suit: 320 Assault Libel &<br>Slander<br>Jurisdiction: Diversity |

**Plaintiff**

**Aubrey Drake Graham**     represented by     **Anna Mary Gotfryd**
Willkie Farr & Gallagher LLP
1875 K. Street, N.W.
Washington, DC 20006–1238
202–303–1228
Email: agotfryd@willkie.com
*ATTORNEY TO BE NOTICED*

**Brady M. Sullivan**
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
212–728–8949
Email: bsullivan@willkie.com
*ATTORNEY TO BE NOTICED*

**Marie Anne Houghton–Larsen**
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019–6099
212–728–8164
Email: mhoughton–larsen@willkie.com
*ATTORNEY TO BE NOTICED*

**Meryl Conant Governski**
Dunn Isaacson Rhee LLP
401 Ninth Street, N.W.
Suite 800
20004
Washington, DC 20004
202–240–2900
Email: MGovernski@dirllp.com
*TERMINATED: 07/02/2025*
*ATTORNEY TO BE NOTICED*

**Michael Gottlieb**
Willkie Farr & Gallagher LLP
Willkie Farr & Gallagher LLP
2029 Century Park East
90067
Los Angeles, CA 20015
202–303–1442
Fax: 202–303–2442
Email: mgottlieb@willkie.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**UMG Recordings, Inc.**   represented by   **Nicholas Primer Crowell**
Sidley Austin LLP (NY)
787 Seventh Avenue
New York, NY 10019
(212)–839–5449
Fax: (212)–839–5599
Email: ncrowell@sidley.com
*ATTORNEY TO BE NOTICED*

**Rollin A. Ransom**
Sidley Austin LLP
350 South Grand Avenue
Los Angeles, CA 90071
213–896–6000
Email: rransom@sidley.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**Charis Kubrin**   represented by   **Jack Lerner**
UCI Law Clinic
UC Irvine School of Law
401 E. PELTASON DR.
Irvine, CA 92697
949–824–7684
Email: jlerner@law.uci.edu
*ATTORNEY TO BE NOTICED*

**Amicus**

**Jack Lerner**   represented by   **Jack Lerner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Adam Dunbar**   represented by   **Jack Lerner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Kyle Winnen**   represented by   **Jack Lerner**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/15/2025 | 1 | COMPLAINT against UMG Recordings, Inc.. (Filing Fee $ 405.00, Receipt Number ANYSDC–30461182)Document filed by Aubrey Drake Graham. (Attachments: # 1 Exhibit A – Lyrics, # 2 Exhibit B – Most–Viewed TikTok Videos).(Gottlieb, Michael) (Entered: 01/15/2025) |
| 01/15/2025 | 2 | CIVIL COVER SHEET filed..(Gottlieb, Michael) (Entered: 01/15/2025) |
| 01/15/2025 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to UMG Recordings, Inc., re: 1 Complaint. Document filed by Aubrey Drake Graham..(Gottlieb, Michael) (Entered: 01/15/2025) |
| 01/16/2025 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Jeannette A. Vargas. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(pc) (Entered: 01/16/2025) |

| 01/16/2025 | | Magistrate Judge Sarah Netburn is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (pc) (Entered: 01/16/2025) |
|---|---|---|
| 01/16/2025 | | Case Designated ECF. (pc) (Entered: 01/16/2025) |
| 01/16/2025 | | **\*\*\*NOTICE TO ATTORNEY REGARDING CIVIL. CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Michael Gottlieb. The following case opening statistical information was erroneously selected/entered: County code New York;. The following correction(s) have been made to your case entry: the County code has been modified to XX Out of State;. (pc)** (Entered: 01/16/2025) |
| 01/16/2025 | 4 | ELECTRONIC SUMMONS ISSUED as to UMG Recordings, Inc...(pc) (Entered: 01/16/2025) |
| 01/21/2025 | 5 | NOTICE OF APPEARANCE by Nicholas Primer Crowell on behalf of UMG Recordings, Inc...(Crowell, Nicholas) (Entered: 01/21/2025) |
| 01/21/2025 | 6 | LETTER MOTION for Extension of Time *to Respond to the Complaint* addressed to Judge Jeannette A. Vargas from Nicholas P. Crowell dated January 21, 2025. Document filed by UMG Recordings, Inc...(Crowell, Nicholas) (Entered: 01/21/2025) |
| 01/22/2025 | 7 | AFFIDAVIT OF SERVICE of Summons and Complaint. UMG Recordings, Inc. served on 1/21/2025, answer due 2/11/2025. Service was accepted by Carlos Bobe, Intake Specialist, CT Corporation System. Document filed by Aubrey Drake Graham..(Gottlieb, Michael) (Entered: 01/22/2025) |
| 01/22/2025 | 8 | NOTICE OF INITIAL PRETRIAL CONFERENCE: Initial Conference set for 4/2/2025 at 12:00 PM in Courtroom 14C, 500 Pearl Street, New York, NY 10007 before Judge Jeannette A. Vargas. SO ORDERED. (Signed by Judge Jeannette A. Vargas on 1/22/2025) (jca) (Entered: 01/22/2025) |
| 01/22/2025 | 9 | ORDER granting 6 Letter Motion for Extension of Time. Defendant's request for an extension of time to respond to the Complaint is GRANTED. Defendant shall respond to the Complaint by March 17, 2025. The Clerk of the Court is DIRECTED to terminate ECF No. 6. (Signed by Judge Jeannette A. Vargas on 1/22/2025) (rro) (Entered: 01/23/2025) |
| 01/22/2025 | | Set/Reset Deadlines: UMG Recordings, Inc. answer due 3/17/2025. (rro) (Entered: 01/23/2025) |
| 01/23/2025 | 10 | LETTER addressed to Judge Jeannette A. Vargas from Michael J. Gottlieb dated 1/23/2025 re: Case Schedule. Document filed by Aubrey Drake Graham..(Gottlieb, Michael) (Entered: 01/23/2025) |
| 01/24/2025 | 11 | MOTION for Meryl C. Governski to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30512707. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Aubrey Drake Graham. (Attachments: # 1 Affidavit in Support by Meryl C. Governski, # 2 Exhibit A – DC Certificate of Good Standing, # 3 Exhibit B – Maryland Certificate of Good Standing, # 4 Proposed Order for Admission Pro Hac Vice).(Governski, Meryl) (Entered: 01/24/2025) |
| 01/24/2025 | 12 | NOTICE OF APPEARANCE by Marie Annie Houghton–Larsen on behalf of Aubrey Drake Graham..(Houghton–Larsen, Marie) (Entered: 01/24/2025) |
| 01/24/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 11 MOTION for Meryl C. Governski to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30512707. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 01/24/2025) |
| 01/24/2025 | 13 | ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE granting 11 MOTION for Meryl C. Governski to Appear Pro Hac Vice ORDERED, that Meryl C. Governski, Esq. is admitted to practice, pro hac vice, in the above–captioned case to represent Aubrey Drake Graham in the United States District Court for the Southern |

| | | District of New York, provided that the filing fee has been paid. (Signed by Judge Jeannette A. Vargas on 1/24/2025) (jca) (Entered: 01/24/2025) |
|---|---|---|
| 01/30/2025 | 14 | MOTION for Rollin A. Ransom to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30541119. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by UMG Recordings, Inc...(Ransom, Rollin) (Entered: 01/30/2025) |
| 01/30/2025 | 15 | ORDER. GRANTED. Plaintiff's time to file their opposition to the motion to dismiss is extended to April 16, 2025 and the Defendant's time to file a reply in support of its motion to dismiss is extended to April 30, 2025. (HEREBY ORDERED by Judge Jeannette A. Vargas) (Text Only Order) (Yin−Olowu, Tammy) (Entered: 01/30/2025) |
| 01/30/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 14 MOTION for Rollin A. Ransom to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30541119. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 01/30/2025) |
| 01/30/2025 | 16 | ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE granting 14 Motion for Rollin A. Ransom to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above entitled action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Jeannette A. Vargas on 1/30/2025) (sgz) (Entered: 01/30/2025) |
| 02/07/2025 | 17 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Universal Music Group, N.V., Corporate Parent Bollere SE for UMG Recordings, Inc.. Document filed by UMG Recordings, Inc...(Crowell, Nicholas) (Entered: 02/07/2025) |
| 02/21/2025 | 18 | LETTER MOTION to Adjourn Conference addressed to Judge Jeannette A. Vargas from Rollin A. Ransom dated February 21, 2025. Document filed by UMG Recordings, Inc...(Ransom, Rollin) (Entered: 02/21/2025) |
| 02/24/2025 | 19 | LETTER RESPONSE in Opposition to Motion addressed to Judge Jeannette A. Vargas from Michael J. Gottlieb dated 2/24/2025 re: 18 LETTER MOTION to Adjourn Conference addressed to Judge Jeannette A. Vargas from Rollin A. Ransom dated February 21, 2025. . Document filed by Aubrey Drake Graham..(Gottlieb, Michael) (Entered: 02/24/2025) |
| 02/24/2025 | 20 | DECLARATION of M. Annie Houghton−Larsen in Support re: 19 Response in Opposition to Motion,. Document filed by Aubrey Drake Graham. (Attachments: # 1 Exhibit 1 − Correspondence Between Counsel for Plaintiff and Counsel for Defendant Regarding Holding a Rule 26(f) Conference, # 2 Exhibit 2 − Correspondence Between Counsel for Plaintiff and Counsel for Defendant Regarding Extending the Parties' Briefing Schedule).(Gottlieb, Michael) (Entered: 02/24/2025) |
| 03/04/2025 | 21 | ORDER denying 18 Letter Motion to Adjourn Conference. Defendant's request to adjourn the initial pretrial conference scheduled for April 2, 2025, is DENIED. It is not the practice of this Court to routinely stay discovery pending the outcome of a motion to dismiss. See Guiffre v. Maxwell, 2016 WL 254932, at *1 (S.D.N.Y. Jan. 20, 2016). The Clerk of Court is respectfully directed to terminate ECF No. 18. SO ORDERED. (Signed by Judge Jeannette A. Vargas on 3/4/25) (yv) (Entered: 03/04/2025) |
| 03/14/2025 | 22 | NOTICE OF APPEARANCE by Brady M. Sullivan on behalf of Aubrey Drake Graham..(Sullivan, Brady) (Entered: 03/14/2025) |
| 03/17/2025 | 23 | MOTION to Dismiss . Document filed by UMG Recordings, Inc...(Ransom, Rollin) (Entered: 03/17/2025) |
| 03/17/2025 | 24 | MEMORANDUM OF LAW in Support re: 23 MOTION to Dismiss . . Document filed by UMG Recordings, Inc...(Ransom, Rollin) (Entered: 03/17/2025) |
| 03/17/2025 | 25 | NOTICE of /Request for Judicial Notice in Support of Defendant UMG Recordings, Inc.'s Motion to Dismiss the Complaint re: 23 MOTION to Dismiss .. Document filed by UMG Recordings, Inc.. (Attachments: # 1 Exhibit A − Protect Black Art Petition, # 2 Exhibit B − Back to Back, # 3 Exhibit C − Duppy Freestyle, # 4 Exhibit D − First |

| | | |
|---|---|---|
| | | Person Shooter, # <u>5</u> Exhibit E – Like That, # <u>6</u> Exhibit F – Push Ups, # <u>7</u> Exhibit G – Taylor Made Freestyle, # <u>8</u> Exhibit H – Euphoria, # <u>9</u> Exhibit I – 616 in LA, # <u>10</u> Exhibit J – Family Matters, # <u>11</u> Exhibit K – Meet the Grahams, # <u>12</u> Exhibit L – The Heart Part 6, # <u>13</u> Exhibit M – Grammys List, # <u>14</u> Exhibit N – USA Today, # <u>15</u> Exhibit O – Fox News, # <u>16</u> Exhibit P – The Guardian, # <u>17</u> Exhibit Q – New York Post, # <u>18</u> Exhibit R – People, # <u>19</u> Exhibit S – Complex, # <u>20</u> Exhibit T – NPR, # <u>21</u> Exhibit U – Toronto Sun, # <u>22</u> Exhibit V – GQ, # <u>23</u> Exhibit W – The New Yorker, # <u>24</u> Exhibit X – The New York Times, # <u>25</u> Exhibit Y – Affirmation of D. Kaefer, # <u>26</u> Exhibit Z – Mob Ties).(Ransom, Rollin) (Entered: 03/17/2025) |
| 03/17/2025 | <u>26</u> | DECLARATION of Rollin A. Ransom in Support re: <u>23</u> MOTION to Dismiss .. Document filed by UMG Recordings, Inc.. (Attachments: # <u>1</u> Exhibit 1 – Email dated 2/19/25).(Ransom, Rollin) (Entered: 03/17/2025) |
| 03/18/2025 | <u>27</u> | LETTER MOTION to Stay *Discovery* addressed to Judge Jeannette A. Vargas from Rollin A. Ransom dated March 18, 2025. Document filed by UMG Recordings, Inc.. (Attachments: # <u>1</u> Exhibit A – Drake's First Set of Requests for Production).(Ransom, Rollin) (Entered: 03/18/2025) |
| 03/19/2025 | <u>28</u> | ORDER: Accordingly, it is hereby ORDERED that, pursuant to Rule 5.I of this Court's Individual Rules and Practices in Civil Cases, by March 27, 2025, Plaintiff must notify the Court whether it intends to file an amended pleading or rely on the pleading being attacked. If Plaintiff elects to amend the complaint, Plaintiff shall file any amended complaint by April 16, 2025. Pursuant to Local Civil Rule 15.1, available at https://www.nysd.uscourts.gov/rules, any amended complaint should be filed with a redline showing all differences between the original and revised filings. Plaintiff is on notice that there will not be any further opportunity to amend the complaint to address issues raised by the motion to dismiss. If Plaintiff elects not to amend the pleadings, Plaintiff shall file any opposition to the motion to dismiss by April 16, 2025. Defendant's reply, if any, shall be filed by April 30, 2025. SO ORDERED. (Amended Pleadings due by 4/16/2025., Replies due by 4/30/2025., Responses due by 4/16/2025) (Signed by Judge Jeannette A. Vargas on 3/19/2025) (sgz) (Entered: 03/19/2025) |
| 03/20/2025 | <u>29</u> | LETTER RESPONSE in Opposition to Motion addressed to Judge Jeannette A. Vargas from Michael J. Gottlieb dated March 20, 2025 re: <u>27</u> LETTER MOTION to Stay *Discovery* addressed to Judge Jeannette A. Vargas from Rollin A. Ransom dated March 18, 2025. . Document filed by Aubrey Drake Graham..(Gottlieb, Michael) (Entered: 03/20/2025) |
| 03/26/2025 | <u>30</u> | JOINT LETTER addressed to Judge Jeannette A. Vargas from Michael J. Gottlieb dated 3/26/2025 re: Proposed Civil Management Plan and Scheduling Order in Accordance with January 22, 2025 Court Order <u>8</u> . Document filed by Aubrey Drake Graham. (Attachments: # <u>1</u> Exhibit 1 – Proposed Civil Case Management Plan and Scheduling Order).(Gottlieb, Michael) (Entered: 03/26/2025) |
| 03/26/2025 | <u>31</u> | LETTER addressed to Judge Jeannette A. Vargas from Michael J. Gottlieb dated 3/26/2025 re: Notice of Amendment of Complaint in Response to March 19, 2025 Court Order <u>28</u> . Document filed by Aubrey Drake Graham..(Gottlieb, Michael) (Entered: 03/26/2025) |
| 03/28/2025 | | NOTICE OF HEARING: Initial Conference set for 4/2/2025 at 12:00 PM in Courtroom 14C, 500 Pearl Street, New York, NY 10007 before Judge Jeannette A. Vargas.(nmo) (Entered: 03/28/2025) |
| 04/02/2025 | | Minute Entry for proceedings held before Judge Jeannette A. Vargas: Initial Pretrial Conference held on 4/2/2025. Present were Michael Gottlieb, Anne Houghton–Larsen and Brady Sullivan for the plaintiff, and Rollin Ransom and Nicholas Crowell for the defendant. (Court Reporter Nicole DiMasi) (nmo) (Entered: 04/02/2025) |
| 04/02/2025 | <u>32</u> | ORDER denying <u>27</u> Letter Motion to Stay. As stated on the record during the conference held earlier today: Defendant's Motion to Stay Discovery Pending Resolution of Defendant's Motion to Dismiss is DENIED. The parties are directed to submit a proposed case management plan or file a joint letter if the parties are unable to agree on a discovery schedule by April 9, 2025. Oral argument on the Motion to Dismiss will be held on June 30, 2025, at 2:00 P.M.in Courtroom 14C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The Clerk of Court is directed to terminate ECF No. 27. SO ORDERED. (Signed by |

| | | |
|---|---|---|
| | | Judge Jeannette A. Vargas on 4/2/2025) (jjc) (Entered: 04/02/2025) |
| 04/02/2025 | | Set/Reset Hearings: Oral Argument set for 6/30/2025 at 02:00 PM in Courtroom 14C, 500 Pearl Street, New York, NY 10007 before Judge Jeannette A. Vargas. (jjc) (Entered: 04/02/2025) |
| 04/06/2025 | 33 | MOTION OF JOSEPH ANTHONY REYNA FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE IN SUPPORT OF NEITHER PARTY. (Attachments: # 1 Exhibit motion for leave attachment) (jjc) (Entered: 04/08/2025) |
| 04/09/2025 | 34 | PROPOSED CASE MANAGEMENT PLAN. Document filed by Aubrey Drake Graham..(Gottlieb, Michael) (Entered: 04/09/2025) |
| 04/10/2025 | 35 | LETTER MOTION for Extension of Time / *Extension of the Motion to Dismiss Briefing Schedule* addressed to Judge Jeannette A. Vargas from Rollin A. Ransom dated April 10, 2025. Document filed by UMG Recordings, Inc...(Ransom, Rollin) (Entered: 04/10/2025) |
| 04/11/2025 | 36 | TRANSCRIPT of Proceedings re: CONFERENCE held on 4/2/2025 before Judge Jeannette A. Vargas. Court Reporter/Transcriber: Nicole DIMasi, (212) 805–0320. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/2/2025. Redacted Transcript Deadline set for 5/12/2025. Release of Transcript Restriction set for 7/10/2025..(McGuirk, Kelly) (Entered: 04/11/2025) |
| 04/11/2025 | 37 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 4/2/2025 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 04/11/2025) |
| 04/14/2025 | 38 | CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER: All parties do not consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial 28 U.S.C. 636(c). Any motions for leave to amend or join additional parties is due by May 2, 2025. Fact discovery is due by February 13, 2026. Requests to admit are due by December 30, 2025. Depositions are due by February 13, 2026. Expert discovery is due by May 29, 2026. This case is to be tried to a jury. Best present estimate of length of trial is three weeks. SO ORDERED. Motions due by 5/2/2025. Deposition due by 2/13/2026. Fact Discovery due by 2/13/2026. Expert Discovery due by 5/29/2026. (Signed by Judge Jeannette A. Vargas on 4/14/2025) (jjc) (Entered: 04/14/2025) |
| 04/14/2025 | 39 | ORDER denying 33 Letter Motion to File Amicus Brief. The Court does not find that the proposed amicus submission would aid the Court in its consideration of this matter. Accordingly, leave to file an amicus brief is DENIED. (HEREBY ORDERED by Judge Jeannette A. Vargas)(Text Only Order) (Yin–Olowu, Tammy) (Entered: 04/14/2025) |
| 04/14/2025 | 40 | ORDER granting 35 Letter Motion for Extension of Time. Defendant's motion to dismiss will remain due 21 days after the filing of the amended complaint, on May 7, 2025. The deadline for Plaintiff's opposition is hereby EXTENDED, to May 28, 2025. The deadline for Defendant's reply is hereby EXTENDED, to June 11, 2025. (HEREBY ORDERED by Judge Jeannette A. Vargas)(Text Only Order) (Yin–Olowu, Tammy) (Entered: 04/14/2025) |
| 04/16/2025 | 41 | AMENDED COMPLAINT amending 1 Complaint against UMG Recordings, Inc. with JURY DEMAND.Document filed by Aubrey Drake Graham. Related document: 1 Complaint. (Attachments: # 1 Exhibit 1 – Amended Complaint (Redline), # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit B (Redline)).(Gottlieb, Michael) (Entered: 04/16/2025) |
| 05/07/2025 | 42 | MOTION to Dismiss *the Amended Complaint*. Document filed by UMG Recordings, Inc...(Ransom, Rollin) (Entered: 05/07/2025) |

| 05/07/2025 | 43 | MEMORANDUM OF LAW in Support re: 42 MOTION to Dismiss *the Amended Complaint*. . Document filed by UMG Recordings, Inc...(Ransom, Rollin) (Entered: 05/07/2025) |
|---|---|---|
| 05/07/2025 | 44 | NOTICE of / Request for Judicial Notice in Support re: 42 MOTION to Dismiss the Amended Complaint. Document filed by UMG Recordings, Inc.. (Attachments: # 1 Exhibit A – Protect Black Art Petition, # 2 Exhibit B – NPR Drake–Kendrick Beef, # 3 Exhibit C – The New York Times Search, # 4 Exhibit D – Back to Back, # 5 Exhibit E – Duppy Freestyle, # 6 Exhibit F – First Person Shooter, # 7 Exhibit G – Like That, # 8 Exhibit H – Push Ups, # 9 Exhibit I – Taylor Made Freestyle, # 10 Exhibit J – Hot New Hip Hop Article, # 11 Exhibit K – Euphoria, # 12 Exhibit L – 616 in LA, # 13 Exhibit M – Family Matters, # 14 Exhibit N – Meet the Grahams, # 15 Exhibit O – The Heart Part 6, # 16 Exhibit P – NPR Drake & Kendrick Beefing, # 17 Exhibit Q – Rapaport Appeal Brief).(Ransom, Rollin) (Entered: 05/07/2025) |
| 05/08/2025 | 45 | ORDER denying as moot 23 Motion to Dismiss. (HEREBY ORDERED by Judge Jeannette A. Vargas)(Text Only Order) (Yin–Olowu, Tammy) (Entered: 05/08/2025) |
| 05/09/2025 | 46 | JOINT LETTER addressed to Judge Jeannette A. Vargas from M. Annie Houghton–Larsen dated 5/9/2025 re: Proposed Protective Order to Govern Discovery. Document filed by Aubrey Drake Graham. (Attachments: # 1 Exhibit 1 – Proposed Protective Order, # 2 Exhibit 2 – Proposed Protective Order (Redline)).(Houghton–Larsen, Marie) (Entered: 05/09/2025) |
| 05/09/2025 | 47 | ORDER. The Proposed Protective Order filed as Exhibit 1 to ECF No. 46 was not executed by the parties. The parties should resubmit with the signature lines complete. (HEREBY ORDERED by Judge Jeannette A. Vargas) (Text Only Order) (Vargas, Jeannette) (Entered: 05/09/2025) |
| 05/12/2025 | 48 | JOINT LETTER addressed to Judge Jeannette A. Vargas from M. Annie Houghton–Larsen dated 5/12/2025 re: Resubmitted Proposed Protective Order to Govern Discovery. Document filed by Aubrey Drake Graham. (Attachments: # 1 Exhibit 1 – Proposed Protective Order, # 2 Exhibit 2 – Proposed Protective Order (Redline)).(Houghton–Larsen, Marie) (Entered: 05/12/2025) |
| 05/12/2025 | 49 | PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material... (Signed by Judge Jeannette A. Vargas on 5/12/2025) (sgz) (Entered: 05/12/2025) |
| 05/14/2025 | 50 | PROPOSED STIPULATION AND ORDER. Document filed by Aubrey Drake Graham..(Sullivan, Brady) (Entered: 05/14/2025) |
| 05/14/2025 | 51 | MOTION for Jack Ivan Lerner to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31083232. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Charis Kubrin, Jack Lerner, Adam Dunbar, Kyle Winnen. (Attachments: # 1 Affidavit Affidavit in Support of Motion for Pro Hac Vice, # 2 Exhibit Certificate of Standing, # 3 Proposed Order Proposed Order).(Lerner, Jack) (Entered: 05/14/2025) |
| 05/14/2025 | 52 | LETTER MOTION to File Amicus Brief addressed to Judge Jeannette A. Vargas from Jack Lerner dated 05/14/2025. Document filed by Adam Dunbar, Charis Kubrin, Jack Lerner, Kyle Winnen. (Attachments: # 1 Exhibit Amicus Brief of Rap Scholars on Motion to Dismiss).(Lerner, Jack) (Entered: 05/14/2025) |
| 05/15/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 51 MOTION for Jack Ivan Lerner to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31083232. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 05/15/2025) |
| 05/15/2025 | 53 | ORDER FOR ADMISSION PRO HAC VICE granting 51 Motion for Jack Ivan Lerner to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Jeannette A. Vargas on 5/15/2025) (sgz) (Entered: 05/15/2025) |

| 05/15/2025 | 54 | JOINT LETTER addressed to Judge Jeannette A. Vargas from M. Annie Houghton–Larsen dated 5/15/2025 re: Request for Judicial Notice Briefing Schedule. Document filed by Aubrey Drake Graham..(Houghton–Larsen, Marie) (Entered: 05/15/2025) |
| --- | --- | --- |
| 05/15/2025 | 55 | ORDER. The parties have requested that the Court enter a briefing schedule with respect to Defendant's request for the Court to take judicial notice pursuant to Federal Rule of Evidence 201. Plaintiff shall have an opportunity to be heard on the propriety of the Court taking judicial notice of the materials in ECF No. 25 in his opposition to the motion to dismiss. The Court shall not accept separate briefing on this topic. (HEREBY ORDERED by Judge Jeannette A. Vargas) (Text Only Order) (Vargas, Jeannette) (Entered: 05/15/2025) |
| 05/20/2025 | 56 | JOINT STIPULATION ON THE PROTOCOL FOR DISCOVERY OF ELECTRONICALLY–STORED INFORMATION AND HARD COPY DOCUMENTS: To facilitate the exchange of electronically–stored information ("ESI"), documents, and hard copy documents pursuant to Fed. R. Civ. P. 26, Plaintiff Aubrey Drake Graham and Defendant UMG Recordings, Inc. (collectively the "Parties") in the above–captioned action (the "Action"), hereby stipulate to the following protocol for discovery of ESI and hardcopy documents (the "ESI Protocol"). The Parties commit to cooperate in good faith to comply with the provisions of this Stipulation and to comply with all applicable rules, including, but not limited to, the Federal Rules of Civil Procedure. As further set forth in this Stipulation & Order. SO ORDERED. (Signed by Judge Jeannette A. Vargas on 5/20/2025) (sgz) (Entered: 05/20/2025) |
| 05/20/2025 | 57 | ORDER granting 52 Letter Motion to File Amicus Brief. The Court, receiving no opposition to the motion, grants leave to file the amicus brief, as it may be useful to the Court's consideration of the issues presented. (HEREBY ORDERED by Judge Jeannette A. Vargas)(Text Only Order) (Vargas, Jeannette) (Entered: 05/20/2025) |
| 05/28/2025 | 58 | MEMORANDUM OF LAW in Opposition re: 42 MOTION to Dismiss *the Amended Complaint*. . Document filed by Aubrey Drake Graham..(Gottlieb, Michael) (Entered: 05/28/2025) |
| 06/11/2025 | 59 | REPLY MEMORANDUM OF LAW in Support re: 42 MOTION to Dismiss *the Amended Complaint*. . Document filed by UMG Recordings, Inc...(Ransom, Rollin) (Entered: 06/11/2025) |
| 06/25/2025 | 60 | MOTION for Anna Gotfryd to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31289073. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Aubrey Drake Graham. (Attachments: # 1 Affidavit of Anna Gotfryd, # 2 Exhibit A – Illinois Certificate of Good Standing, # 3 Proposed Order Proposed Order).(Gotfryd, Anna) (Entered: 06/25/2025) |
| 06/26/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 60 MOTION for Anna Gotfryd to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31289073. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 06/26/2025) |
| 06/26/2025 | 61 | ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE granting 60 Motion for Anna Gotfryd to Appear Pro Hac Vice. It is hereby ORDERED, that Anna Gotfryd, Esq. is admitted to practice, pro hac vice, in the above captioned case to represent Aubrey Drake Graham in the United States District Court for the Southern District of New York, provided that the filing fee has been paid. (Signed by Judge Jeannette A. Vargas on 6/26/2025) (sgz) (Entered: 06/26/2025) |
| 06/30/2025 | | Minute Entry for proceedings held before Judge Jeannette A. Vargas: Oral Argument held on 6/30/2025. Present were Michael Gottleib, Anna Gotfryd and Brady Sullivan for the plaintiff and Rollin Ransom, Nicholas Primer, Katelin Everson and James Horner for the defendant. (Court Reporter Raquel Robles) (nmo) (Entered: 07/01/2025) |
| 07/01/2025 | 62 | MOTION for Meryl C. Governski to Withdraw as Attorney . Document filed by Aubrey Drake Graham. (Attachments: # 1 Proposed Order for Motion to Withdraw).(Sullivan, Brady) (Entered: 07/01/2025) |

| 07/02/2025 | 63 | ORDER granting 62 Motion to Withdraw as Attorney. Attorney Meryl Conant Governski terminated. (HEREBY ORDERED by Judge Jeannette A. Vargas)(Text Only Order) (Yin–Olowu, Tammy) (Entered: 07/02/2025) |
|---|---|---|
| 07/09/2025 | 64 | TRANSCRIPT of Proceedings re: ORAL ARGUMENT held on 6/30/2025 before Judge Jeannette A. Vargas. Court Reporter/Transcriber: Raquel Robles, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/11/2025. Release of Transcript Restriction set for 10/7/2025..(McGuirk, Kelly) (Entered: 07/09/2025) |
| 07/09/2025 | 65 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a ORAL ARGUMENT proceeding held on 6/30/2025 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 07/09/2025) |
| 07/14/2025 | 66 | MOTION to Serve *Third Party Kojo Asamoah by Alternative Means*. Document filed by Aubrey Drake Graham..(Gottlieb, Michael) (Entered: 07/14/2025) |
| 07/14/2025 | 67 | MEMORANDUM OF LAW in Support re: 66 MOTION to Serve *Third Party Kojo Asamoah by Alternative Means*. . Document filed by Aubrey Drake Graham..(Gottlieb, Michael) (Entered: 07/14/2025) |
| 07/14/2025 | 68 | DECLARATION of M. Annie Houghton–Larsen in Support re: 66 MOTION to Serve *Third Party Kojo Asamoah by Alternative Means*.. Document filed by Aubrey Drake Graham. (Attachments: # 1 Exhibit 1 – Graham Subpoena to Asamoah, # 2 Exhibit 2 – Plaintiff's Amended Rule 26 Initial Disclosures, # 3 Exhibit 3 – UMG Rule 26(a) Initial Disclosures, # 4 Exhibit 4 – Capitol Process Affidavit of Due Diligence, # 5 Exhibit 5 – Nardello & Co. Affidavit of Due Diligence).(Houghton–Larsen, Marie) (Entered: 07/14/2025) |
| 07/21/2025 | 69 | DECLARATION OF INTEREST BY MONET MERCHAND. Document filed by Monet Merchand. (jca) (Additional attachment(s) added on 7/21/2025: # 1 Exhibit 1) (jca). (Entered: 07/21/2025) |
| 07/21/2025 | 70 | DECLARATION OF PUBLIC INTEREST & INDEXING CASE 1:25–CV–00399–JAV. Document filed by Monet Merchand. (jca) (Entered: 07/21/2025) |
| 07/21/2025 | 71 | DECLARATION OF INTEREST. Document filed by Monet Merchand. (jca) (Entered: 07/21/2025) |
| 08/05/2025 | 72 | VERIFIED MOTION FOR RECONSIDERATION, SUPPLEMENTATION, AND LEAVETO FILE AMICUS CURIAE BRIEF. Document filed by Joseph Anthony Reyna.(rro) (Entered: 08/06/2025) |
| 08/05/2025 | 74 | LETTER addressed to Clerk of Court from Joseph Anthony Reyna dated 7/23/2025 re: Supplemental Filing in Support of Amicus Curiae Motion. (ar) (Entered: 08/07/2025) |
| 08/06/2025 | 73 | MEMORANDUM OPINION AND ORDER re: 66 MOTION to Serve *Third Party Kojo Asamoah by Alternative Means*. filed by Aubrey Drake Graham. For the foregoing reasons, Plaintiffs motion for alternate service on Mr. Asamoah is GRANTED. The Clerk of Court is directed to terminate ECF No. 66. SO ORDERED. (Signed by Judge Jeannette A. Vargas on 8/6/2025) (jjc) (Entered: 08/06/2025) |
| 08/07/2025 | 75 | AFFIDAVIT OF SERVICE served on Kojo Menne Asamoah. Document filed by Aubrey Drake Graham..(Houghton–Larsen, Marie) (Entered: 08/07/2025) |
| 08/07/2025 | 76 | ORDER denying 72 Motion for Reconsideration. The Court DENIES the motion to reconsider, as the Court does not find that the proposed amicus submission would aid the Court in its consideration of this matter. (HEREBY ORDERED by Judge Jeannette A. Vargas)(Text Only Order) (Yin–Olowu, Tammy) (Entered: 08/07/2025) |

| 08/08/2025 | 77 | AFFIDAVIT OF SERVICE served on Kojo Menne Asamoah. Service was made by Mail. Document filed by Aubrey Drake Graham. (Attachments: # 1 Exhibit 1 – Certified Mail Receipts).(Houghton–Larsen, Marie) (Entered: 08/08/2025) |
|---|---|---|
| 08/12/2025 | 78 | LETTER MOTION to Compel UMG Recordings, Inc. to collect, review, and produce the responsive custodial documents of Lucian Grainge addressed to Judge Jeannette A. Vargas from Michael J. Gottlieb dated August 12, 2025. Document filed by Aubrey Drake Graham..(Gottlieb, Michael) (Entered: 08/12/2025) |
| 08/12/2025 | 79 | DECLARATION of M. Annie Houghton–Larsen in Support re: 78 LETTER MOTION to Compel UMG Recordings, Inc. to collect, review, and produce the responsive custodial documents of Lucian Grainge addressed to Judge Jeannette A. Vargas from Michael J. Gottlieb dated August 12, 2025.. Document filed by Aubrey Drake Graham. (Attachments: # 1 Exhibit 1 2025.03.10 First Set of RFPs, # 2 Exhibit 2 2025.05.07 Letter, # 3 Exhibit 3 2025.05.13 Letter, # 4 Exhibit 4 2025.03.23 Letter, # 5 Exhibit 5 2025.05.30 Email, # 6 Exhibit 6 2025.06.03 Second Set of RFPs, # 7 Exhibit 7 2025.06.06 Email, # 8 Exhibit 8 2025.07.03 Letter, # 9 Exhibit 9 2025.07.14 Third Set of RFPs, # 10 Exhibit 10 2025.07.16 Letter).(Houghton–Larsen, Marie) (Entered: 08/12/2025) |
| 08/12/2025 | 80 | LETTER MOTION to Seal addressed to Judge Jeannette A. Vargas from Michael J. Gottlieb dated August 12, 2025. Document filed by Aubrey Drake Graham..(Gottlieb, Michael) (Entered: 08/12/2025) |
| 08/12/2025 | 81 | LETTER MOTION to Compel UMG Recordings, Inc. to produce discovery responsive to Requests for Production addressed to Judge Jeannette A. Vargas from Michael J. Gottlieb dated August 12, 2025. Document filed by Aubrey Drake Graham..(Gottlieb, Michael) (Entered: 08/12/2025) |
| 08/12/2025 | 82 | ***SELECTED PARTIES***DECLARATION of M. Annie Houghton–Larsen in Support re: 81 LETTER MOTION to Compel UMG Recordings, Inc. to produce discovery responsive to Requests for Production addressed to Judge Jeannette A. Vargas from Michael J. Gottlieb dated August 12, 2025.. Document filed by Aubrey Drake Graham, UMG Recordings, Inc.. (Attachments: # 1 Exhibit 1 – 2025.03.10 First Set of RFPs, # 2 Exhibit 2 – 2025.04.22 Letter, # 3 Exhibit 3 – 2025.05.12 Email, # 4 Exhibit 4 – 2025.06.03 Second Set of RFPs, # 5 Exhibit 5 – Redacted Contract)Motion or Order to File Under Seal: 80 .(Houghton–Larsen, Marie) (Entered: 08/12/2025) |
| 08/12/2025 | 83 | DECLARATION of M. Annie Houghton–Larsen in Support re: 81 LETTER MOTION to Compel UMG Recordings, Inc. to produce discovery responsive to Requests for Production addressed to Judge Jeannette A. Vargas from Michael J. Gottlieb dated August 12, 2025.. Document filed by Aubrey Drake Graham. (Attachments: # 1 Exhibit 1 – 2025.03.10 First Set of RFPs, # 2 Exhibit 2 – 2025.04.22 Letter, # 3 Exhibit 3 – 2025.05.12 Email, # 4 Exhibit 4 – 2025.06.03 Second Set of RFPs, # 5 Exhibit 5 – Redacted Contract).(Houghton–Larsen, Marie) (Entered: 08/12/2025) |
| 08/13/2025 | 84 | DECLARATION of M. Annie Houghton–Larsen re: 73 Memorandum & Opinion, . Document filed by Aubrey Drake Graham. (Attachments: # 1 Exhibit 1 – Affidavits of Service).(Houghton–Larsen, Marie) (Entered: 08/13/2025) |
| 08/14/2025 | 85 | LETTER RESPONSE in Opposition to Motion addressed to Judge Jeannette A. Vargas from Rollin A. Ransom dated August 14, 2025 re: 78 LETTER MOTION to Compel UMG Recordings, Inc. to collect, review, and produce the responsive custodial documents of Lucian Grainge addressed to Judge Jeannette A. Vargas from Michael J. Gottlieb dated August 12, 2025. . Document filed by UMG Recordings, Inc...(Ransom, Rollin) (Entered: 08/14/2025) |
| 08/14/2025 | 86 | DECLARATION of Sir Lucian Grange, CBE in Opposition re: 78 LETTER MOTION to Compel UMG Recordings, Inc. to collect, review, and produce the responsive custodial documents of Lucian Grainge addressed to Judge Jeannette A. Vargas from Michael J. Gottlieb dated August 12, 2025.. Document filed by UMG Recordings, Inc...(Ransom, Rollin) (Entered: 08/14/2025) |
| 08/14/2025 | 87 | LETTER RESPONSE in Opposition to Motion addressed to Judge Jeannette A. Vargas from Rollin A. Ransom dated August 14, 2025 re: 81 LETTER MOTION to Compel UMG Recordings, Inc. to produce discovery responsive to Requests for |

| | | |
|---|---|---|
| | | Production addressed to Judge Jeannette A. Vargas from Michael J. Gottlieb dated August 12, 2025. . Document filed by UMG Recordings, Inc...(Ransom, Rollin) (Entered: 08/14/2025) |
| 08/15/2025 | 88 | LETTER RESPONSE in Support of Motion addressed to Judge Jeannette A. Vargas from Rollin A. Ransom dated August 15, 2025 re: 80 LETTER MOTION to Seal addressed to Judge Jeannette A. Vargas from Michael J. Gottlieb dated August 12, 2025. . Document filed by UMG Recordings, Inc...(Ransom, Rollin) (Entered: 08/15/2025) |
| 08/15/2025 | 89 | DECLARATION OF INTEREST OF MONET MERCHAND. (jjc) (Entered: 08/18/2025) |
| 08/18/2025 | 90 | MOTION to Serve *Third Party Joshua Delseni A/K/A Josh Kaplan by Alternative Means*. Document filed by Aubrey Drake Graham..(Gottlieb, Michael) (Entered: 08/18/2025) |
| 08/18/2025 | 91 | MEMORANDUM OF LAW in Support re: 90 MOTION to Serve *Third Party Joshua Delseni A/K/A Josh Kaplan by Alternative Means*. . Document filed by Aubrey Drake Graham..(Gottlieb, Michael) (Entered: 08/18/2025) |
| 08/18/2025 | 92 | DECLARATION of M. Annie Houghton–Larsen in Support re: 90 MOTION to Serve *Third Party Joshua Delseni A/K/A Josh Kaplan by Alternative Means*.. Document filed by Aubrey Drake Graham. (Attachments: # 1 Exhibit 1 – Plaintiff's Amended Rule 26 Initial Disclosures, # 2 Exhibit 2 – UMG Rule 26(a) Initial Disclosures, # 3 Exhibit 3 – Josh Kaplan Subpoena, # 4 Exhibit 4 – Capitol Process Affidavit of Due Diligence, # 5 Exhibit 5 – Nardello Affidavit of Due Diligence, # 6 Exhibit 6 – 2025.07.29 Email to Mr. Kaplan, # 7 Exhibit 7 – Lawsuits against Mr. Kaplan).(Houghton–Larsen, Marie) (Entered: 08/18/2025) |
| 08/21/2025 | 93 | NOTICE of Withdrawal re: 90 MOTION to Serve *Third Party Joshua Delseni A/K/A Josh Kaplan by Alternative Means*.. Document filed by Aubrey Drake Graham..(Gottlieb, Michael) (Entered: 08/21/2025) |
| 08/22/2025 | 94 | ORDER withdrawing 90 Motion to Serve (HEREBY ORDERED by Judge Jeannette A. Vargas)(Text Only Order) (Vargas, Jeannette) (Entered: 08/22/2025) |
| 08/22/2025 | 95 | ORDER granting 80 Motion to Seal. Plaintiff and UMG's request (ECF Nos. 80, 88) for permission to file under seal a contract between UMG Recordings, Inc. ("UMG") and Kendrick Lamar Duckworth, as produced by UMG in redacted form with the designation Attorney's Eyes Only (the "Lamar Contract"), is GRANTED. As further set forth in this Order. Plaintiff is therefore authorized to file the Lamar Contract under seal. The Clerk of Court is directed to terminate ECF No. 80. SO ORDERED.. (Signed by Judge Jeannette A. Vargas on 8/22/2025) (ks) (Entered: 08/22/2025) |
| 10/09/2025 | 96 | OPINION AND ORDER re: 42 MOTION to Dismiss *the Amended Complaint* filed by UMG Recordings, Inc. Defendant's motion to dismiss is GRANTED. The Clerk of the Court is respectfully directed to terminate ECF Nos. 42, 78, and 81, and to close the case. SO ORDERED. (Signed by Judge Jeannette A. Vargas on 10/9/2025) (sgz) (Entered: 10/09/2025) |
| 10/29/2025 | 97 | NOTICE OF APPEAL from 96 Memorandum & Opinion,. Document filed by Aubrey Drake Graham. Filing fee $ 605.00, receipt number ANYSDC–31916781. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Gottlieb, Michael) (Entered: 10/29/2025) |
| 10/29/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 97 Notice of Appeal. (tp) (Entered: 10/29/2025) |
| 10/29/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 97 Notice of Appeal, filed by Aubrey Drake Graham were transmitted to the U.S. Court of Appeals. (tp) (Entered: 10/29/2025) |