## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Graham v. UMG Recordings, Inc. _____ Docket No.: 25-2758 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Michael J. Gottlieb

Firm: Willkie Farr & Gallagher LLP

Address: 2029 Century Park East, Suite 2900, Los Angeles, California 90067

Telephone: 310-855-3000 _____  Fax: 310-855-3099

E-mail: MGottlieb@willkie.com

**Appearance for:** Aubrey Drake Graham
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: Anna Gotfryd / Willkie Farr & Gallagher LLP )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of: )
(party/designation)

### CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on 12/10/2024 OR

[ ] I applied for admission on .

Signature of Counsel: 

Type or Print Name: Michael J. Gottlieb