## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Graham v. UMG Recordings, Inc.                   Docket No.: 25-2758

Lead Counsel of Record (name/firm) or Pro se Party (name): Michael J. Gottlieb / Willkie Farr & Gallagher LLP

Appearance for (party/designation): Plaintiff Aubrey Drake Graham

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.    See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.    The following parties do not wish to participate in this appeal:
    Parties: _____
( ) Incorrect.    Please change the following parties' designations:
    Party                          Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
( ) Correct
(✓) Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Michael J. Gottlieb
Firm: Willkie Farr & Gallagher LLP
Address: 2029 Century Park East, Los Angeles, CA 90067
Telephone: (310) 855-3111                   Fax: (310) 855-3099
Email: MGottlieb@willkie.com

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously.    The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.    The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on
December 10, 2024 _____ OR that ( ) I applied for admission on _____ or renewal on
_____.    If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: /s/ Michael J. Gottlieb
Type or Print Name: Michael J. Gottlieb
        OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.