## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Graham v. UMG Recordings, Inc.  Docket No.: 25-2758

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Anna Mary Gotfryd

Firm: Willkie Farr & Gallagher LLP

Address: 1875 K Street N.W., Washington, D.C. 20006-1238

Telephone: 202-303-1228   Fax: 202-303-2000

E-mail: agotfryd@willkie.com

Appearance for: Plaintiff Aubrey Drake Graham
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: Michael J. Gottlieb / Willkie Farr & Gallagher LLP)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Anna Mary Gotfryd

Type or Print Name: Anna Mary Gotfryd