# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of January, two thousand twenty-six.

_____

Aubrey Drake Graham,

        Plaintiff - Appellant,

   v.

UMG Recordings, Inc.,

        Defendant - Appellee.

_____

**ORDER**

Docket No. 25-2758

IT IS HEREBY ORDERED that Appellant's motion for certification of a question of state law to the New York Court of Appeals is REFERRED to the panel that will determine the merits of this appeal.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

