## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Graham v. UMG Recordings, Inc. _____ Docket No.: 25-2758 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Jack I. Lerner

Firm: UC Irvine School of Law Intellectual Property, Arts, and Technology Clinic

Address: 401 E. Peltason, Irvine CA 92697

Telephone: (949) 824-7684 _____ Fax: (949) 824-2747

E-mail: jlerner@law.uci.edu

Appearance for: Amici curiae Social Scientists and Legal Scholars
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: UMG Recordings, Inc. / Defendant-Appellee )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on October 8, 2024 _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: _____

Type or Print Name: Jack I. Lerner