**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** _____          _____Caption [use short title]_____

**Motion for:** _____

_____

_____

Set forth below precise, complete statement of relief sought:

_____

_____

_____

_____

_____

_____

**MOVING PARTY:**_____  **OPPOSING PARTY:**_____

_____Plaintiff          _____Defendant

_____Appellant/Petitioner     _____Appellee/Respondent

**MOVING ATTORNEY:**_____  **OPPOSING ATTORNEY:**_____

[name of attorney, with firm, address, phone number and e-mail]

_____          _____

_____          _____

_____          _____

Court- Judge/ Agency appealed from: _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
_____Yes  _____No (explain):_____
_____

Opposing counsel's position on motion:
_____Unopposed ___Opposed ___Don't Know
Does opposing counsel intend to file a response:
_____Yes   ___No  ___Don't Know

Is oral argument on motion requested?          _____Yes ___No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?          ___ Yes ___No  If yes, enter date:_____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?          ___Yes ___No
Has this relief been previously sought in this court?      ___Yes ___No
Requested return date and explanation of emergency:      _____
_____
_____
_____
_____

**Signature of Moving Attorney:**

_____**Date:**_____  Service by: ___CM/ECF   ___Other [Attach proof of service]

**Form T-1080** (rev.12-13)

# 25-2758

# United States Court of Appeals for the Second Circuit

———————

AUBREY DRAKE GRAHAM,

*Plaintiff-Appellant,*

*v.*

UMG RECORDINGS, INC.,

*Defendant-Appellee.*

———————

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Case No. 1:25-cv-399

The Honorable Jeannette Vargas, United States District Judge

———————

## MOTION BY *AMICI CURIAE* SOCIAL SCIENTISTS AND LEGAL SCHOLARS TO PERMIT LAW STUDENTS TO APPEAR UNDER THE SUPERVISION OF AN ATTORNEY

———————

JACK I. LERNER
UCI INTELLECTUAL PROPERTY, ARTS, AND
   TECHNOLOGY CLINIC
University of California, Irvine School of
   Law
401 E. Peltason, Irvine CA 92697
(949) 824-7684

April 8, 2026            Counsel for *Amici Curiae*

## MOTION BY AMICI CURIAE SOCIAL SCIENTISTS AND LEGAL SCHOLARS TO PERMIT LAW STUDENTS TO APPEAR UNDER THE SUPERVISION OF AN ATTORNEY

Pursuant to Second Circuit Local Rule 46.1(e), *amici curiae* social scientists and legal scholars (collectively, "a*mici*") respectfully request this Court to permit six law students to appear in this appeal. The students—Jana Ariss, Shannon Barbour, James Blitz, Athina Mae Rosure, Katrina Shelton, and Stephanie Yanes—attend the University of California, Irvine School of Law and assisted in the preparation of the brief *amicus curiae* filed in this appeal (Doc. #58).

By granting this motion, this Court will enable *amici* to represent accurately the invaluable contributions these students have made to the brief *amicus curiae*, by including their names as counsel on the cover page of the brief.

The law students, who are members of the UCI Intellectual Property, Arts, and Technology Clinic at the University of California, Irvine School of Law and supervised by moving attorney Jack I. Lerner, are in compliance with all aspects and requirements of 2d Cir. Rule 46.1(e) *except* for subsection 3(A), which requires law students to have completed at least four semesters of legal studies; the contributing law student authors have completed three semesters of legal studies.[1] The students

---

[1] Because these students have not yet completed four full-time semesters of law school, *amici* have not submitted Law Student Practice Forms with this motion. If this Court grants this motion, *amici* are prepared to submit immediately documents attesting to all other commitments specified in the Form, and signed by the supervising attorney, student, client representative, and law school representative.

are Certified Law Students pursuant to Rule 9.42 of the California Rules of Court, which requires, among other things, that students have completed their first year of law school, be in good academic standing, and have either successfully completed or be currently enrolled in and attending academic courses in evidence and civil procedure.

The supervising attorney, Jack I. Lerner, is prepared to assume all responsibilities required by Second Circuit Rule 46.1(e)(2).

*Amici* have provided notice of this motion to counsel for both parties in this appeal, and counsel for each party has communicated their client's consent to the relief sought. See 2d Cir. Rule 27.1(e).

Respectfully submitted,

*/s/ Jack I. Lerner          /s/*
JACK I. LERNER
UCI INTELLECTUAL PROPERTY, ARTS, AND
TECHNOLOGY CLINIC
University of California, Irvine School of
Law
401 E. Peltason, Irvine CA 92697
(949) 824-7684

April 8, 2026                        Counsel for *Amici Curiae*

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2026 I caused the foregoing brief to be served on all registered counsel through the Court's electronic filing system.

Dated: April 8, 2026

Respectfully Submitted,

*/s/ Jack Lerner        /s/*
JACK I. LERNER
UCI INTELLECTUAL PROPERTY, ARTS, AND
TECHNOLOGY CLINIC
University of California, Irvine School of Law
401 E. Peltason
Irvine, CA 92697
(949) 824-7684