**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of April, two thousand twenty-six.

Before:     Sarah A. L. Merriam,
                         *Circuit Judge*.

_____

Aubrey Drake Graham,

            Plaintiff - Appellant,

   v.

UMG Recordings, Inc.,

            Defendant - Appellee.

**ORDER**

Docket No. 25-2758

_____

*Amici Curiae* Social Scientists and Legal Scholars request this Court permit Jana Ariss, Shannon Barbour, James Blitz, Athina Mae Rosure, Katrina Shelton, and Stephanie Yanes, law students affiliated with UCI Intellectual Property, Arts, and Technology Clinic at the University of California, Irvine School of Law, 401 E. Peltason, Irvine CA 92697, Phone: (949) 824-7684, to appear in this matter.

IT IS HEREBY ORDERED that the motion is GRANTED, subject to the supervising attorney's obligations set forth in L.R. 46.1(e)(2).

                    For The Court:
                    Catherine O'Hagan Wolfe,
                    Clerk of Court