**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-2758                                          Caption [use short title]

**Motion for:** Motion by Amici The Floyd Abrams Institute for Freedom
of Expression and Professor Lyrissa Lidsky to Permit Law Students
to Appear Under the Supervision of An Attorney

Set forth below precise, complete statement of relief sought:

Amici request that law students be permitted to appear before                 Graham v. UMG Recordings, Inc.
the Court as counsel for amici to represent accurately the
invaluable contributions these students have made to the brief
of amici curiae

**MOVING PARTY:** Amici Curiae The Floyd Abrams Institute for Freedom of Expression and Professor Lyrissa Lidsky    **OPPOSING PARTY:** None

☐ Plaintiff          ☐ Defendant

☐ Appellant/Petitioner     ☐ Appellee/Respondent

**MOVING ATTORNEY:** John Langford          **OPPOSING ATTORNEY:** N/A

[name of attorney, with firm, address, phone number and e-mail]

Media Freedom & Information Access Clinic, Yale Law School

127 Wall St., New Haven, CT 06511

(203) 432-2366 | john.langford@ylsclinics.org

Court- Judge/ Agency appealed from: S.D.N.Y. (Hon. Jeannette A. Vargas, United States District Court Judge)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
   ☑ Yes   ☐ No (explain): _____

Opposing counsel's position on motion:
   ☑ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
   ☐ Yes   ☑ No   ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has this request for relief been made below?            ☐ Yes ☐ No
Has this relief been previously sought in this court?   ☐ Yes ☐ No

Requested return date and explanation of emergency: _____

Is the oral argument on motion requested?   ☐ Yes   ☑ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?   ☐ Yes   ☑ No If yes, enter date: _____

**Signature of Moving Attorney:**

_____ Date: 05/01/2026          Service : ☑ Electronic   ☐ Other [Attach proof of service]

**Form T-1080 (**rev. 10-23)

# 25-2758

## In the United States Court of Appeals for the Second Circuit

———————

AUBREY DRAKE GRAHAM,

*Plaintiff-Appellant,*

*v.*

UMG RECORDINGS, INC.,

*Defendant-Appellee.*

On Appeal from the United States District Court for the
Southern District of New York (Vargas, J.)

———————————————————

**MOTION BY *AMICI CURIAE* THE FLOYD ABRAMS INSTITUTE
FOR FREEDOM OF EXPRESSION AND PROFESSOR LYRISSA
LIDSKY TO PERMIT LAW STUDENTS TO APPEAR UNDER
THE SUPERVISION OF AN ATTORNEY**

———————————————————

John Langford
  *Counsel of Record*
David A. Schulz
MEDIA FREEDOM &
INFORMATION ACCESS CLINIC
YALE LAW SCHOOL
127 Wall Street
New Haven, CT 06511
(203) 432-2366
john.langford@ylsclinics.org

*Counsel for Amici Curiae*

May 1, 2026

**MOTION BY *AMICI CURIAE* THE FLOYD ABRAMS INSTITUTE FOR FREEDOM OF EXPRESSION AND PROFESSOR LYRISSA LIDSKY TO PERMIT LAW STUDENTS TO APPEAR UNDER THE SUPERVISION OF AN ATTORNEY**

Pursuant to Second Circuit Local Rule 46.1(e), and following this Court's grant of a similar motion filed by *amici curiae* social scientists and legal scholars, ACMS Nos. 61, 64, *amici curiae* The Floyd Abrams Institute for Freedom of Expression and Professor Lyrissa Lidsky (hereinafter *amici curiae*) respectfully request that this Court permit four law students to appear in this appeal. The students—Hannah Berkman, Melanie Geller, Raymond Perez, and Tess Solomon—are enrolled at Yale Law School and assisted in the preparation of the brief *amici curiae* filed in this appeal, ACMS No. 56. By granting this motion, this Court will enable *amici* to accurately represent the invaluable contributions these students made to that brief by including their names as counsel on the cover page of the brief.

The law students are members of the Yale Media Freedom & Information Access Clinic. They are supervised by moving attorneys, John Langford and David A. Schulz.

Two of the students, Hannah Berkman and Raymond Perez, meet all of the requirements of Second Circuit Rule 46.1(e). *Amici* enclose executed copies of the Court's Law Student Practice Form for Ms. Berkman and Mr. Perez.

The remaining two students, Melanie Geller and Tess Solomon, meet all of the requirements of Second Circuit Rule 46.1(e), except the requirement in Rule 46.1(e)(3)(A) that law students must have completed at least four semesters of legal studies. Ms. Geller has completed one semester of legal studies, while Ms. Solomon has completed three semesters of legal studies.[*]

The supervising attorney, John Langford, is prepared to assume all responsibilities required by Second Circuit Rule 46.1(e)(2).

*Amici* have provided notice of this motion to counsel for both parties in this appeal, and counsel for each party has communicated their client's consent to the relief sought. *See* 2d Cir. Rule 27.1(e).

---

[*] Because these students have not yet completed four full-time semesters of law school, *amici* have not submitted Law Student Practice Forms for them in support of this motion. If this Court grants this motion, *amici* are prepared to submit documents attesting to all other commitments specified in the Form, and signed by the supervising attorney, student, client representative, and law school representative.

2

For the reasons above, the undersigned respectfully request that the Court grant law students Hannah Berkman, Melanie Geller, Raymond Perez, and Tess Solomon permission to appear on behalf of *amici curiae* The Floyd Abrams Institute for Freedom of Expression and Professor Lyrissa Lidsky.

Dated: May 1, 2026

Respectfully submitted,

/s/ *John Langford*
John Langford
*Counsel of Record*
David A. Schulz
MEDIA FREEDOM & INFORMATION ACCESS CLINIC
YALE LAW SCHOOL
127 Wall Street
New Haven, CT 06511
(203) 432-2366
john.langford@ylsclinics.org

*Counsel for Amici Curiae The Floyd Abrams Institute for Freedom of Expression and Professor Lyrissa Lidsky*

## CERTIFICATE OF SERVICE

I certify that on May 1, 2026, I electronically filed the foregoing Motion with the United States Court of Appeals for the Second Circuit, using the Appellate Case Management System. All parties' counsel are registered ACMS users, and service upon them will be accomplished by the ACMS.

Date:  May 1, 2026

*/s/ John Langford*
John Langford