# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of May, two thousand twenty-six.

Before:      Maria Araújo Kahn,
               *Circuit Judge*.

---

Aubrey Drake Graham,

      Plaintiff - Appellant,

v.

UMG Recordings, Inc.,

      Defendant - Appellee.

---

**ORDER**

Docket No. 25-2758

Amici Curiae The Floyd Abrams Institute for Freedom of Expression and Professor Lyrissa Lidsky move for leave for Hannah Berkman, Melanie Geller, Raymond Perez, and Tess Solomon, law students affiliated with the Yale Media Freedom & Information Access Clinic, Yale Law School, 127 Wall Street, New Haven, CT 06511, to appear in this matter.

IT IS HEREBY ORDERED that the motion is GRANTED for the purpose of the filing of the amici brief, subject to the supervising attorney's obligations set forth in L.R. 46.1(e)(2).

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

