

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NEW YORK 10019
+1 212 839 5300
+1 212 839 5599 FAX

+1 212 839 8555
EJOYCE@SIDLEY.COM

July 14, 2026

**Via ECF**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *Graham v. UMG Recordings, Inc.*, No. 25-2758: Supplemental Oral Argument Unavailability

Dear Ms. Wolfe:

We represent Defendant-Appellee UMG Recordings, Inc. in the above-captioned case. We write to supplement UMG's Oral Argument Statement, filed on April 10, 2026 (Dkt. No. 62). In addition to the dates provided in that Statement, counsel is unavailable for oral argument on the following dates: September 16-18, September 21-25, and September 28-30.

Thank you for your consideration.

Respectfully submitted,

*/s/ Eamon P. Joyce*
Eamon P. Joyce

cc: All counsel of record (via ECF)

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.