

SIDLEY AUSTIN LLP  
787 SEVENTH AVENUE  
NEW YORK, NEW YORK  10019  
+1 212 839 5300  
+1 212 839 5599 FAX

+1 212 839 8555  
EJOYCE@SIDLEY.COM

August 4, 2026

**Via ACMS**

Catherine O'Hagan Wolfe  
Clerk of Court  
United States Court of Appeals for the Second Circuit  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, New York 10007

      Re:    *Graham v. UMG Recordings, Inc.*, No. 25-2758: Supplemental Oral Argument Unavailability

Dear Ms. Wolfe:

      We represent Defendant-Appellee UMG Recordings, Inc. in the above-captioned case.  We write to supplement our previous letter submission regarding our unavailability (Dkt. No. 80).  In addition to the dates provided in our previous letter and UMG's Oral Argument Statement filed on April 10, 2026 (Dkt. No. 62), counsel is also unavailable for oral argument on November 2 and November 9-18.

      Thank you for your consideration.

                    Respectfully submitted,

                    */s/ Eamon P. Joyce*  
                    Eamon P. Joyce

cc: All counsel of record (via ACMS)

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.