# WILLKIE FARR & GALLAGHER LLP

1875 K Street, NW
Washington, D.C. 20006-1238

Tel: 202 303 1000
Fax: 202 303 2000

August 5, 2026

**VIA ACMS**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:** *Graham v. UMG Recordings, Inc.*, No. 25-2758 (2d Cir.)

Dear Ms. O'Hagan Wolfe:

We represent Plaintiff-Appellant Aubrey Drake Graham in the above-captioned matter. We previously submitted our availability for oral argument pursuant to Local Rule 34.1(a) on April 10, 2026. *See* Dkt. No. 63. On July 31, 2026, this Court issued an order that proposed calendaring oral argument in this matter during the week of November 9, 2026. Dkt. No. 82. In addition to the dates provided in our prior oral argument statement form, counsel is unavailable for oral argument on November 11-13 and 18-19.

Thank you for your consideration.

Respectfully submitted,

*/s/ Erica L. Ross*
Erica L. Ross
*Counsel for Plaintiff-Appellant*
*Aubrey Drake Graham*

cc: All Counsel of Record (By ACMS)

BRUSSELS   CHICAGO   DALLAS   FRANKFURT   HAMBURG   HOUSTON   LONDON   LOS ANGELES
MILAN   MUNICH   NEW YORK   PALO ALTO   PARIS   ROME   SAN FRANCISCO   WASHINGTON